# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** December 2, 2021

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **WOLFE, Anthony Russell**
**Case No.: 5:07-CR-46-5D**
**Request for Early Termination**

**TO:** James C. Dever III
United States District Judge

On January 30, 2008, Anthony Russell Wolfe was convicted of Conspiracy to Distribute and to Possess With the Intent to Distribute More Than 5 Kilograms of Cocaine and More Than 100 Kilograms of Marijuana. Mr. Wolfe appeared in United States District Court for the Eastern District of North Carolina and received 180 months imprisonment, followed by 5 years of supervised release. On July 22, 2009, the term of imprisonment was reduced to 165 months. He began supervision on March 22, 2019.

Mr. Wolfe has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since September 2020. All drug screens have been negative. Mr. Wolfe is also gainfully employed and has met all his monetary obligations. His term of supervision is set to expire on March 21, 2024.

The probation office is requesting early termination. It is noted that Assistant United States Attorney Timothy Severo disagrees with our recommendation for early termination because he does not believe the defendant has served enough time on supervision. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.
☑ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____
James C. Dever III
United States District Judge

_12/6/21_
Date